**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PAUL GREGORY KING,

Petitioner,

v.

CHARLES GREEN,

Respondent.

Civ. No. 15-8519 (KM)

**MEMORANDUM AND ORDER**

Petitioner, Paul Gregory King, is an immigration detainee currently lodged at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding *pro* se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 which challenged his continued immigration detention. The petition did not include an application to proceed *in forma pauperis* nor did it include payment of the $5.00 filing fee. Thus this case will be administratively closed. Mr. King shall be given an opportunity to reopen this action, should he so choose, by submitting the fee or a completed *in forma pauperis* application.

Accordingly, IT IS this 14th day of December, 2015,

ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or to submit a complete application to proceed *in forma pauperis*; and it is further

ORDERED that if petitioner wishes to reopen this action, he shall so notify the Court within thirty (30) days after the date of entry of this Order, in writing. Petitioner's written notification shall include either: (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge