UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL GREGORY KING,<br><br>    Petitioner,<br><br>v.<br><br>CHARLES GREEN, et al.,<br><br>    Respondent. | Civ. No. 15-8519 (KM)<br><br>**MEMORANDUM AND ORDER** |

    Petitioner, Paul Gregory King, is an immigration detainee currently detained at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding with *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Previously, this matter was administratively terminated as Mr. King had not paid the $5.00 filing fee nor had he submitted an application to proceed *in forma pauperis*. Mr. King has now submitted an application to proceed *in forma pauperis* such that the Clerk will be ordered to reopen this case. Mr. King's application to proceed *in forma pauperis* will be granted.

    Mr. King challenges his current immigration detention in his federal habeas petition. In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the habeas petition for dismissal and determined that dismissal without an answer and the record on this issue is not warranted. In addition to any arguments that respondent may make in the answer, respondent shall specifically address what impact, if any, *Zadvydas v. Davis*, 533 U.S. 678 (2001) has on the habeas petition.

    Accordingly, IT IS this 5th day of January, 2016,

    ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that petitioner's application to proceed *in forma pauperis* is granted; and it is further

ORDERED that the Clerk shall serve a copy of the petition (Dkt. No. 1) and this Order upon respondent Charles Green by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the petition (Dkt. No. 1) and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within thirty (30) days of the date of the entry of this Order, respondent shall file and serve an answer which responds to the allegations and grounds in the petition and which includes all affirmative defenses respondent seeks to invoke, in addition to any other arguments respondent may make, the answer shall specifically address what impact, if any, *Zadvydas v. Davis*, 533 U.S. 678 (2001) has on the petition; and it is further

ORDERED that respondent shall file and serve with the answer certified copies of all documents necessary to resolve petitioner's claim(s) and affirmative defenses; and it is further

ORDERED that within thirty (30) days of receipt of the answer, petitioner may file a reply to the answer; and it is further

ORDERED that within seven (7) days of petitioner's release, by parole or otherwise, respondent shall electronically file a written notice of the same with the Clerk.

> KEVIN MCNULTY
> United States District Judge