UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL GREGORY KING, : | |
| Petitioner, : | Civ. No. 15-8519 (KM) |
| v. : | |
| CHARLES GREEN, : | **MEMORANDUM AND ORDER** |
| Respondent. : | |

Petitioner, Paul Gregory King, is an immigration detainee currently lodged at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. King challenges his current immigration detention as being excessive.

On March 11, 2016, this Court denied Mr. King's habeas petition without prejudice. At the time, this Court noted that, "Mr. King has not met his burden to show that his post-removal order immigration detention violates *Zadvydas*." (Dkt. No. 14 at p. 5) However, this Court was also mindful that, "Mr. King's immigration detention is getting longer by the day and that the longer an alien is detained, the less proof he must put forward to obtain relief." (*Id.* at p. 6 (citations omitted)) Thus, this Court gave Mr. King leave to reopen this case after sixty days had passed as that period of time "should give the Barbados Embassy enough time to issue the necessary travel documents" for Mr. King. (*See id.*)

On May 12, 2016, this Court received a letter from Mr. King requesting that this case be reopened as he is still in immigration detention. (*See* Dkt. No. 16) Accordingly, the Clerk will be ordered to reopen this case.

Mr. King has now been in post-removal immigration detention for one year. In light of this period, this Court will order respondent to file a supplemental response to the habeas petition as well as petitioner's May 12, 2016 letter. In this supplemental response, respondent shall specifically address the question of whether Mr. King's removal is likely to occur in the reasonably foreseeable future along with any corresponding documents that support respondent's position.

Accordingly, IT IS this 18th day of May, 2016,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that, **within twenty-one (21) days** of the date of this Order, the respondent shall file a supplemental response to petitioner's habeas petition and May 12, 2016 letter in light of the additional period of time that petitioner has spent in post-removal immigration detention since this Court's March 11, 2016 Opinion and Order; and it is further

ORDERED that petitioner may file a reply to respondent's supplemental response within twenty-one (21) days after respondent files a supplemental response; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge